**Jimmy MAGEE, Plaintiff—Appellant,**

v.

**CHAVEZ, Correctional Officer; et al., Defendants—Appellees.**

No. 09–15554.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 11, 2010.

Jimmy Magee, Bakersfield, CA, pro se.

Stanton W. Lee, Esquire, Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

## MEMORANDUM **

Former California state prisoner Jimmy Magee appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action, without prejudice, for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

The district court properly dismissed Magee's action because he did not complete the prison grievance process before filing suit in federal court. *See McKinney v. Carey*, 311 F.3d 1198, 1199 (9th Cir. 2002) (per curiam) (holding that exhaustion under § 1997e(a) must occur prior to commencement of the action). Further, Magee failed to show that he was prevented from exhausting before bringing suit.

**AFFIRMED.**